# Richard Cote v. Jack S. White et al

[ 243 A.2d 797 ]

April Term, 1968

Present: Holden, C.J., Shangraw, Barney, Smith and Keyser, JJ.

Opinion Filed June 4, 1968

*Joseph S. Wool, Esq.,* and *Saul Lee Agel, Esq.,* for the Plaintiff.

*Wick, Dinse & Allen* for the Defendant.

**Per Curiam.** The trial court, by an order, assessed against the defendant Fitzgerald certain charges and expenses allegedly brought about by the necessity of a mistrial. The matter still stands for re-hearing. The assessing order was appealed to this Court without benefit of certification by the lower court. The order is clearly inter-locutory and, without the certification required by 17 V.S.A. §2386, we lack jurisdiction to hear the appeal. *Davis* v. *Albany Discount,* 125 Vt. 330, 331, 215 A.2d 519; *State* v. *Mahoney,* 126 Vt. 258, 259, 227 A.2d 401.

*Appeal dismissed.*